IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**NORMAN HOLTON,**

    **Plaintiff,**

vs.                                                **Case No. 4:07cv289-SPM/WCS**

**FLORIDA STATE HOSPITAL,**
**et al.,**

    **Defendants.**

    _____/


## REPORT AND RECOMMENDATION

    Plaintiff, proceeding *pro se*, has filed a third amended complaint, doc. 31, which has been reviewed.  It is once again insufficient.

    Plaintiff has named a multitude of persons as Defendants, and fails to show that each named Defendant is a state actor for purposes of § 1983 liability.  Indeed, several Defendants are also residents at the Florida State Hospital, just as Plaintiff is and cannot be sued in this civil rights action.

    Plaintiff has also failed to present claims showing that his civil rights have been violated.  Most instances appear to be efforts at restraining Plaintiff and gain his

compliance when he refused to comply with directions by staff.  Plaintiff's allegations that his lawyer did not help him get out of detention are also insufficient to state a claim.  Plaintiff states that he fears violence from other patients and residents because he reports their wrong doings, but this is also not a civil rights claim absent allegations that staff are ignoring Plaintiff's concerns.  Rather, Plaintiff's third amended complaint indicates staff have been responding to Plaintiff's allegations.

Plaintiff has already been provided numerous opportunities to submit a viable complaint.  These opportunities cannot continue with unlimited chances to present a viable complaint.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's third amended complaint, doc. 31, be **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and that the order adopting this report and recommendation direct the clerk of court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**IN CHAMBERS** at Tallahassee, Florida, on January 22, 2008.


    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**