IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NORMAN HOLTON,

      Plaintiff,

vs.                                              4:07-CV-289-SPM

FLORIDA STATE HOSPITAL,
et al.

      Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 32). The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 32) is adopted and incorporated by reference in this order.

2.    The third amended complaint (doc. 31) is ***dismissed*** for failure to

1

    state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2).

3. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and thereby constitutes a "strike" within the meaning of 28 U.S.C. §1915(g).

**DONE AND ORDERED** this <u>eighth</u> day of April, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge